

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Geo. W. Cox
State Health Officer
Austin, Texas

Dear Sir:

Opinion No. O-5136
Re: Should Federal Funds allotted
by the Federal Government to
the State Board of Health for
the treatment of venereal dis-
eases be deposited in the State
Treasury and the expenditures
of such funds be subject to the
rules, regulations and laws
governing the expenditure of
other State funds?

Your request for an opinion on the above matter
has been received and carefully considered. We quote from
your request as follows:

"Under the authority vested in me as State
Health Officer I have made application to the
Federal Works Agency for financial assistance
in the amount of approximately $47,000 to main-
tain and operate a quarantine hospital at El
Paso, Texas, to treat venereally afflicted women.
This became necessary by reason of the fact that
great numbers of women were attracted to the
area, and by the further reason that venereal
disease was being propagated and spread among
war workers, soldiers and trainees. The com-
mandant insisted that the State Health Officer
exercise his authority in providing control of
infectious and contagious diseases in war areas.

"An allotment in the full amount requested
has been made and funds have been requisitioned;
the institution will be opened for the reception

of patients today. A staff of surgeons, nurses, administrators and helpers has been assembled. Funds will be received and obligations will mature within a few days.

"We wish you to advise us whether, upon receipt of these funds, we are required by law to deposit them in the State Treasury, and whether the expenditure of these funds must be made under the rules, regulations and laws governing the expenditure of other State funds. These funds are subject to Federal audit.

". . . ."

Subsection 10 of Section 2, General Provisions, Senate Bill No. 423, The Departmental Appropriation Bill, 47th Legislature, 1941, page 1288 of the General Laws of said Legislature, reads as follows:

"United States Funds and Aid. The proper officer or officers of any State Departments, bureaus, or divisions of State agencies are hereby authorized to make application for and accept any gifts, grants, or allotments or funds from the United States Government to be used on State cooperative and other Federal projects and programs in Texas, including construction of public buildings, repairs, and improvements. Any of such Federal funds as may be deposited in the State Treasury are hereby appropriated to the specific purpose authorized by the Federal Government, and subject to the limitation placed on this Act."

Article 4368 of the Revised Civil Statutes of Texas of 1925, provides that the State Treasurer shall execute a bond in the sum of $70,000, conditioned that he will faithfully execute the duties of his office. Said Article also makes the following additional provision:

"In addition to the above the State Treasurer shall make and enter into any special bond as may be required by an Act of Congress or by any Federal department or official to protect any and all Federal funds which shall have been secured

Honorable Geo. W. Cox, Page 3

or which may hereafter be received by the State
of Texas from the Federal Government and deposited
with the State Treasurer. Said bond shall be in
such sum and conditioned and approved as may be
prescribed by the Act of Congress or such depart-
ment or official aforesaid. Said bond shall be
a special bond, and shall be in addition to the
official bond hereinabove required, and each of
said bonds shall be separate and distinct con-
tracts and obligations, and the liability under
each of said bonds shall be separate and distinct
obligations. All expense necessary and incident
to the execution of such special bond shall be
paid as in the Act of Congress may be provided or
by appropriation made by the Legislature of Texas
for such purposes."

It is the opinion of this department, therefore,
that the funds referred to by you may be deposited in the
State Treasury upon receipt thereof and the expenditure there-
of made under the rules, regulations and laws governing the
expenditure of other State funds; or said funds may be handled
in any other way agreeable to the Federal Works Agency.

Trusting that this satisfactorily answers your in-
quiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

1942

ASSISTANT
ATTORNEY GENERAL

By Jas. W. Bassett
Jas. W. Bassett
Assistant

JWB:mp

